Hymen Schlesinger, Pittsburgh, Pa., for appellant.

John R. Bredin; Dalzell, Pringle, Bredin & Martin, Pittsburgh, Pa., for appellee.

Before McLAUGHLIN, KALODNER and STALEY, Circuit Judges.

PER CURIAM.

The district judge found that the date of appellant's maximum recovery from the injury involved was September 8, 1946; that the amount due him in this action for maintenance and cure was $575, and that there was no proof that the massage and heat applications, self administered, under which further maintenance is claimed were curative treatments. There is substantial evidence to justify those findings.

The judgment of the district court, 110 F.Supp. 942, will be affirmed.

---

Chris NIELSON et al., copartners trading under the firm name and style of Dauntless Towing Line, owner of the tug Dauntless No. 6, Libelant-Appellee, v. UNITED STATES of America, as owner of the S.S. Christopher Gale, Respondent-Appellant.

THE DAUNTLESS NO. 6.

THE CHRISTOPHER GALE.

No. 144, Docket 22914.

United States Court of Appeals Second Circuit.

Argued Feb. 1, 1954.

Decided Feb. 15, 1954.

---

Gilbert S. Fleischer, New York City, Atty., Dept. of Justice (Leonard P. Moore, U. S. Atty., New York City, and Walter L. Hopkins, New York City, and E. Robert Seaver, Kansas City, Mo., Attys., Dept. of Justice, on the brief), for respondent-appellant.

Anthony V. Lynch, Jr., New York City (Pyne, Lynch & Smith and Vincent J. Ryan, New York City, on the brief), for libelant-appellee.

Before CLARK, FRANK and HINCKS, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of District Judge Galston below, D.C.E.D.N.Y., 112 F.Supp. 730.

---

Charles CHAPLIN, Petitioner, v. Hon. John W. CLANCY, District Judge of the United States for the Southern District of New York, Respondent.

Docket 22976.

United States Court of Appeals Second Circuit.

Argued Feb. 1, 1954.

Decided Feb. 11, 1954.

Myles J. Lane, New York City (Schwartz & Frolich, Herbert P. Jacoby, and Stuart G. Schwartz, New York City, on the brief), for petitioner.